## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: STRYKER REJUVENATE AND ABG II HIP IMPLANT PRODUCTS LIABILITY LITIGATION | MDL No. 13-2441 (DWF/FLN) |
| This Document Relates to:<br><br>Mary E. Boario and Anthony Boario,<br><br>　　　　　Plaintiffs,<br><br>v.　　Civil No. 13-3420 (DWF/FLN)<br><br>Howmedica Osteonics Corp.<br>D/B/A  Stryker Orthopaedics,<br><br>　　　　　Defendants. | **ORDER** |

Upon consideration of the Motion for Leave to File Amended Complaint and Memorandum of Law in Support for Leave to Amend Complaint by Plaintiff Mary E. Boario (Doc. Nos. [33] & [34]), and the Court having had the opportunity to review the materials submitted in camera,

**IT IS HEREBY ORDERED** that:

2

Plaintiff's Motion for Leave to File Amended Complaint (Doc. No. [33]) is **GRANTED** and Plaintiff shall file her First Amended Complaint.

Dated:  October 29, 2015         s/Donovan W. Frank
                                 DONOVAN W. FRANK
                                 United States District Judge